Michael R. Reynolds, Esq. (Bar No. 100126)
Damon M Thurston, Esq. (Bar No. 186861)
RANKIN, SPROAT, MIRES, REYNOLDS, SHUEY & MINTZ
A Professional Corporation
2030 Franklin Street, Sixth Floor
Oakland, CA  94612
Tel:  (510) 465-3922 – Fax: (510) 452-3006
Email: Reynolds@rankinlaw.com; thurston@rankinlaw.com

Attorneys for Defendant, BOBST, NORTH AMERICA, INC.
Formerly known as BOBST GROUP NORTH AMERICA, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| MICHAEL HERNANDEZ and BECKY HERNANDEZ,<br><br>                    Plaintiff,<br><br>vs.<br><br>BOBST GROUP NORTH AMERICA, INC., and DOES 1 to 50,<br><br>                    Defendants.<br>_____/ | Case Number: _____<br><br>*Case Assigned for All Purposes to:*<br>*The Honorable _____*<br>*Courtroom __,*<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(B) - DIVERSITY**<br><br>[Filed concurrently with Civil Cover Sheet and Certificate of Service of Notice] |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that defendant BOBST, NORTH AMERICA, INC. Formerly known as BOBST GROUP NORTH AMERICA ("BOBST N.A.") hereby removes to this Court the state court action described below pursuant to Rule 11 of the Federal Rules of Civil Procedure, on the following grounds.

1. On April 2, 2019, an action was commenced in the Superior Court of the State of California in and for the County of Stanislaus, entitled MICHAEL HERNANDEZ; and BECKY HERNANDEZ, Plaintiffs, v. BOBST GROUP NORTH AMERICA, INC.; and DOES 1 to 50, Defendants; Case  No. CV-19-001908.  A copy of the Complaint is attached hereto as **Exhibit "A."**  The Complaint asserts claims for strict product liability and negligence.  Plaintiffs'

Complaint for Damages alleges that the Plaintiff, MICHAEL HERNANDEZ, was injured while using a box-folding machine manufactured, designed, sold, installed and/or maintained by BOBST N.A. on November 1, 2017, while working at Pacific Southwest Container, Inc., in Modesto, California.

2. The first date upon which defendant BOBST N.A. received a copy of said Complaint was on May 28, 2019, when it was served in Roseland, New Jersey with a copy of the Complaint (Exhibit "A") and a summons from the state court. A copy of the Summons is attached hereto as **Exhibit "B."** This Notice of Removal is the first paper or pleading that any of the defendants have filed in this action. Pursuant to 28 U.S.C. § 1446(b), this petition is being timely filed with this Court within 30 days after proper service of the Complaint upon BOBST N.A. (i.e., within 30 days of May 28, 2019).

3. <u>Jurisdiction</u>: 28 U.S.C. § 1332(a)(1) provides district courts with original jurisdiction of all civil actions where the matter in controversy exceeds $75,000 and is between citizens of different states. Pursuant to 28 U.S.C. § 1446(c) (2) (A), removal is proper on the basis of diversity of citizenship because the amount in controversy exceeds $75,000. In this civil action this Court has original jurisdiction under 28 U.S.C. §1332, and is one which may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1446(b), in that it is a civil action between citizens of different states (See, Exhibit "A", at ¶6) and the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs.

4. <u>Diversity</u>: On its face, the Complaint reflects a complete diversity of citizenship exists in that Plaintiffs MICHAEL HERNANDEZ, and BECKY HERNANDEZ are citizens of the State of California and Defendant BOBST N.A. is a corporation incorporated under the laws of the State of New Jersey. (See Exhibit "A", at ¶¶ 6 and 7). Pursuant to 28 U.S.C. § 1441(b) (1) the citizenship of fictitious defendants DOES 1 to 50 shall be disregarded.

5.  <u>Amount in Controversy</u>:  The Plaintiffs, MICHAEL HERNANDEZ and BECKY HERNANDEZ, allege that the amount in controversy is unlimited and exceeds $25,000 in compensatory damages.  Further, they seek exemplary damages and, pursuant to California Code of Civil Procedure § 425.10(b), but do not specify the amount sought.  On its face however, the Complaint asserts that plaintiff, MICHAEL HERNANDEZ, was seriously injured while using a box-folding machine manufactured, designed, sold, installed and/or maintained by Defendant BOBST N.A. while working at Pacific Southwest Container, Inc., in Modesto, California.  It alleges he sustained "crushing and de-gloving injuries to his hand and fingers."  (See, Exhibit "A" at ¶ 2).  28 U.S.C. § 1332(a)(1) provides district courts with original jurisdiction of all civil actions where the matter in controversy exceeds $75,000 and is between citizens of different states.  The nature of the injuries alleged, (as well as a review of prior jury verdicts both in the Ninth Circuit and California State Courts) establishes that the amount in controversy exceeds $75,000. Contemporaneous with this Notice of Removal, Defendant has served a Request for Statement of Damages, the response to which is anticipated to confirm the foregoing as to the amount in controversy.

6.  <u>Venue</u>:  Venue of this removal is proper under 28 U.S.C. § 1441(a) because this court is the United States District Court for the district corresponding to the place where the state court action was pending.

7.  As required by 28 U.S.C. § 1446 (a), attached as Exhibits "A" and "B" are copies of all process, pleadings, and orders served upon BOBST N.A. in the removed case.

8.  <u>Notice</u>:  Written notice of the filing of this notice will be given to the Plaintiffs and filed with the Clerk of the Superior Court of the State of California in the County of Stanislaus.

///

9. BOBST N.A. is the only defendant to have appeared in this case. The Plaintiffs have not specifically named any other Defendants and BOBST N.A. cannot obtain the consent of Defendants sued under fictitious names.

WHEREFORE, the Defendant, BOBST, N. A., INC., a New Jersey corporation formerly known as BOBST GROUP NORTH AMERICA, INC., respectfully requests that the United States District Court for the Eastern District of California – Fresno Division accept this Notice of Removal and that it assume jurisdiction of this action and issue such orders and processes as may be necessary to bring before it all parties necessary for the trial.

Dated: June 27, 2019.

RANKIN, SPROAT, MIRES,
REYNOLDS, SHUEY & MINTZ

By: /s/ Michael R. Reynolds
_____
MICHAEL R. REYNOLDS
DAMON M. THURSTON
Attorneys for Defendant,
BOBST GROUP NORTH AMERICA, INC.