UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HERNANDEZ, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BOBST, NORTH AMERICA, INC., et al.,<br><br>Defendants. | No. 1:19-cv-0882-NONE-SKO<br><br>**ORDER GRANTING THE PARTIES' STIPULATED REQUEST**<br><br>**ORDER MODIFYING SCHEDULING ORDER**<br><br>**(Doc. 20)** |

On June 27, 2019, Plaintiffs filed this case against Defendants, (Doc. 1), and on October 25, 2019, the Court issued a scheduling order, (Doc. 18). The parties now seek to continue all deadlines by approximately 90 days. (Doc. 20.) The parties state that modification of the scheduling order is necessary due to the coronavirus (COVID-19) pandemic and related state and local restrictions that have impeded the progress of the case, including taking any meaningful discovery. (*See id.* at 2.) The Court finds that the parties have shown good cause to extend the deadlines and will grant the stipulation.

Accordingly, for good cause shown, the Court GRANTS the parties' request and will modify the scheduling order and enlarge the deadlines as follows:[1]

---

[1] The Court has adjusted certain dates to conform to the Court's scheduling preferences.

| Event | Prior Date | Continued Date |
|---|---|---|
| Requests to Amend Pleadings | June 30, 2020 | September 30, 2020 |
| Non-Expert Discovery Completion | August 19, 2020 | November 17, 2020 |
| Expert Disclosures | August 26, 2020 | November 24, 2020 |
| Rebuttal Expert Disclosures | September 9, 2020 | December 8, 2020 |
| Expert Discovery Completion | September 23, 2020 | December 22, 2020 |
| Provide Dates for Settlement Conference | September 1, 2020 | November 30, 2020 |
| Non-Dispositive Motion Filing | September 25, 2020 | December 28, 2020 |
| Non-Dispositive Motion Hearing | October 21, 2020 | January 27, 2021 |
| Dispositive Motion Filing | September 25, 2020 | December 28, 2020 |
| Dispositive Motion Hearing | November 5, 2020 | February 10, 2021 |
| Pretrial Conference | December 23, 2020 | March 22, 2021 at 2:30 p.m. |
| Trial | February 23, 2021 | May 18, 2021 |

IT IS SO ORDERED.

Dated:   **June 30, 2020**                    /s/ *Sheila K. Oberto*
                                             UNITED STATES MAGISTRATE JUDGE