CRAIG M. PETERS, NO. 184018
JEREMY CLOYD, NO. 239991
ALTAIR LAW LLP
465 California Street, Fifth Floor
Telephone: (415) 988-9828
Facsimile:  (415) 988-9815
Email: cpeters@altairlaw.us / jcloyd@altairlaw.us

ATTORNEYS FOR PLAINTIFFS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HERNANDEZ; and BECKY HERNANDEZ,<br><br>       Plaintiffs,<br><br>v.<br><br>BOBST GROUP NORTH AMERICA, INC.; and DOES 1 to 50,<br><br>       Defendants. | CASE NO. 1:19-cv-00882-LJO-SKO<br><br>**PLAINTIFFS MICHAEL HERNANDEZ' AND BECKY HERNANDEZ' NOTICE OF MOTION FOR PROTECTIVE ORDER REGARDING REMOTE DEPOSITIONS**<br><br>**Date:**         **September 28, 2020**<br>**Time:**          **9:30 a.m.**<br>**Courtroom:**  **7** |

TO DEFENDANT BOBST NORTH AMERICA, INC. AND ITS ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that on September 28, 2020, at 9:30 a.m., or as soon thereafter as counsel may be heard by the above-entitled Court, located at 2500 Tulare Street, Sixth Floor, Fresno, CA 93721, in Courtroom 7 of the Honorable Sheila K. Oberto, Plaintiffs Michael and Becky Hernandez will and hereby do move the Court for a protective order requiring depositions be conducted by remote technology until further notice. This motion is brought on the grounds that Federal Rule of Civil Procedure 30 authorizes remote depositions and good cause exists for such an order.

This motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities filed herewith, the declaration of Jeremy Cloyd, the pleadings and papers on file herein, and upon such other evidence or argument as may be presented to the Court at the time of

1  the hearing.

2

3  DATED: September 2, 2020                    ALTAIR LAW LLP

4

5                                    By:    /s/ Jeremy Cloyd
6                                           CRAIG M. PETERS
                                            JEREMY CLOYD
7                                           Attorneys for Plaintiffs
                                            MICHAEL HERNANDEZ and BECKY
8                                           HERNANDEZ

**PROOF OF SERVICE**

I am employed in the City and County of San Francisco, State of California. I am over 18 years of age and not a party to this action. My business address is 465 California Street, Fifth Floor, San Francisco, California 94104.

On the date below I served a true copy of the following document(s):

**PLAINTIFFS MICHAEL HERNANDEZ' AND BECKY HERNANDEZ' NOTICE OF MOTION FOR PROTECTIVE ORDER REGARDING REMOTE DEPOSITIONS**

on the interested parties to said action by the following means:

☐ **(BY U.S. MAIL)** By placing a true copy of the above, enclosed in a sealed envelope with appropriate postage, for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☐ **(BY OVERNIGHT DELIVERY)** By placing a true copy of the above, enclosed in a sealed envelope with delivery charges to be billed to Altair Law, LLP for delivery by Federal Express to the address(es) shown below.

☐ **(BY FACSIMILE TRANSMISSION)** By transmitting a true copy of the above by facsimile transmission from facsimile number (415) 988-9815 to the attorney(s) or party(ies) shown below.

☐ **(BY MESSENGER)** By placing a true copy of the above in a sealed envelope and by giving said envelope to an employee of Western Messenger Service for guaranteed, same-day delivery to the address(es) shown below.

☐ **(BY HAND DELIVERY)** By personal delivery of a true copy of the above to the attorneys or parties shown below

☒ **(BY E-MAIL or ELECTRONIC TRANSMISSION)** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed below. I did not receive, within a reasonable period of time, after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**SEE SERVICE LIST**

**I declare under penalty of perjury under the law of the State of California that the foregoing is true and correct.**

DATED: September 2, 2020   _____
                                Monica La

**SERVICE LIST**

Michael R. Reynolds, Esq.
**Damon Michael Thurston, Esq.**
**Rankin, Shuey, Ranucci, Mintz,**
**Lampasona & Reynolds**
2030 Franklin Street, 6th Floor
Oakland, CA 94612
*Attorneys for Defendant* BOBST GROUP NORTH AMERICA, INC.

Thomas R. Pender, Esq.
**Cremer, Spina, Shaughnessy, Janse &**
**Siegert, LLC**
One North Franklin Street
10th Floor
Chicago, IL 60606
*Attorneys for Defendant* BOBST GROUP NORTH AMERICA, INC.