CRAIG M. PETERS, NO. 184018
JEREMY CLOYD, NO. 239991
ALTAIR LAW LLP
465 California Street, Fifth Floor
Telephone: (415) 988-9828
Facsimile:  (415) 988-9815
Email: cpeters@altairlaw.us / jcloyd@altairlaw.us

ATTORNEYS FOR PLAINTIFFS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL HERNANDEZ; and BECKY HERNANDEZ,

　　　　Plaintiffs,

v.

BOBST GROUP NORTH AMERICA, INC.; and DOES 1 to 50,

　　　　Defendants.

CASE NO. 1:19-cv-00882-LJO-SKO

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PROTECTIVE ORDER REGARDING REMOTE DEPOSITIONS**

| Date: | September 28, 2020 |
| Time: | 9:30 a.m. |
| Courtroom: | 7 |

Plaintiffs Michael and Becky Hernandez filed the present motion requesting the Court grant a Protective Order requiring the use of remote technology for depositions.

"The district court has wide discretion in controlling discovery." *Little v. City of Seattle*, 863 F.2d 681, 685 (9th Cir. 1988). In employing the Federal Rules of Civil Procedure, courts and parties are required "to secure the just, speedy, and inexpensive determination of every action and proceeding." Fed. R. Civ. P. 1.

Federal Rule of Civil Procedure 30(b)(4) authorizes remote depositions through the use of audio-video technology: "The parties may stipulate—or the court may on motion order—that a deposition be taken by telephone or other remote means."

Under Federal Rule 26(c) this Court may issue protective orders "on matters relating to a deposition" including to "protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense." Such orders may include "specifying terms, including time and

place or the allocation of expenses, for the disclosure or discovery" and "prescribing a discovery method other than the one selected by the party seeking discovery." Fed. R. Civ. P. 26(c)(1)(B), (C).

Plaintiffs have demonstrated good cause to require that depositions be conducted by remote technology. Accordingly, the Court orders that all depositions be conducted by remote technology until further notice.

DATED:                                          By:_____
                                                      Hon. Sheila K. Oberto

**PROOF OF SERVICE**

I am employed in the City and County of San Francisco, State of California. I am over 18 years of age and not a party to this action. My business address is 465 California Street, Fifth Floor, San Francisco, California 94104.

On the date below I served a true copy of the following document(s):

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PROTECTIVE ORDER REGARDING REMOTE DEPOSITIONS**

on the interested parties to said action by the following means:

☐ **(BY U.S. MAIL)** By placing a true copy of the above, enclosed in a sealed envelope with appropriate postage, for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☐ **(BY OVERNIGHT DELIVERY)** By placing a true copy of the above, enclosed in a sealed envelope with delivery charges to be billed to Altair Law, LLP for delivery by Federal Express to the address(es) shown below.

☐ **(BY FACSIMILE TRANSMISSION)** By transmitting a true copy of the above by facsimile transmission from facsimile number (415) 988-9815 to the attorney(s) or party(ies) shown below.

☐ **(BY MESSENGER)** By placing a true copy of the above in a sealed envelope and by giving said envelope to an employee of Western Messenger Service for guaranteed, same-day delivery to the address(es) shown below.

☐ **(BY HAND DELIVERY)** By personal delivery of a true copy of the above to the attorneys or parties shown below

☒ **(BY E-MAIL or ELECTRONIC TRANSMISSION)** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed below. I did not receive, within a reasonable period of time, after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**SEE SERVICE LIST**

**I declare under penalty of perjury under the law of the State of California that the foregoing is true and correct.**

DATED: September 2, 2020

_____
Monica La

**SERVICE LIST**

| | |
|---|---|
| Michael R. Reynolds, Esq.<br>**Damon Michael Thurston, Esq.**<br>**Rankin, Shuey, Ranucci, Mintz,**<br>**Lampasona & Reynolds**<br>2030 Franklin Street, 6th Floor<br>Oakland, CA 94612<br>*Attorneys for Defendant* BOBST GROUP NORTH AMERICA, INC. | Thomas R. Pender, Esq.<br>**Cremer, Spina, Shaughnessy, Janse &**<br>**Siegert, LLC**<br>One North Franklin Street<br>10th Floor<br>Chicago, IL 60606<br>*Attorneys for Defendant* BOBST GROUP NORTH AMERICA, INC. |