CRAIG M. PETERS, NO. 184018
JEREMY CLOYD, NO. 239991
ALTAIR LAW LLP
465 California Street, Fifth Floor
Telephone: (415) 988-9828
Facsimile:  (415) 988-9815
Email: cpeters@altairlaw.us / jcloyd@altairlaw.us

ATTORNEYS FOR PLAINTIFFS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HERNANDEZ; and BECKY HERNANDEZ,<br><br>  Plaintiffs,<br><br>  v.<br><br>BOBST GROUP NORTH AMERICA, INC.; and DOES 1 to 50,<br><br>  Defendants. | No. 1:19-cv-00882-NONE-SKO<br><br>**ORDER GRANTING THE PARTIES' REQUEST**<br><br>**ORDER MODIFYING SCHEDULING ORDER**<br><br>(Doc. 32) |

On June 27, 2019, Plaintiffs filed this case against Defendants (Doc. 1), and on October 25, 2019, the Court issued a Scheduling Order (Doc. 18).  On June 30, 2020, the Court granted the parties stipulated request to continue all deadlines by approximately 90 days because of difficulties related to the coronavirus (COVID-19) pandemic.  (Doc. 22.)  The parties now seek to continue discovery-related deadlines by three weeks.  The parties state that modification of the scheduling order is necessary because of the unavailability of Defendant Bobst's Corporate representative for deposition due to illness and that the next available date of November 6, 2020 poses an undue hardship for completing expert disclosures by the current November 24, 2020 deadline.  The Court finds that the parties have shown good cause to extend the deadlines and will grant the stipulation.

Accordingly, for good cause shown, the Court GRANTS the parties' request and will modify the scheduling order and enlarge the deadlines as follows:

| Event | Prior Date | Continued Date |
|---|---|---|
| Non-Expert Discovery Completion | November 17, 2020 | December 8, 2020 |
| Expert Disclosures | November 24, 2020 | December 15, 2020 |
| Rebuttal Expert Disclosures | December 8, 2020 | December 29, 2020 |
| Expert Discovery Completion | December 22, 2020 | January 12, 2021 |
| Provide Dates for Settlement Conference | November 30, 2020 | December 21, 2020 |
| Non-Dispositive Motion Filing | December 28, 2020 | January 18, 2021 |
| Non-Dispositive Motion Hearing | January 27, 2021 | February 17, 2021 |
| Dispositive Motion Filing | December 28, 2020 | January 18, 2021 |
| Dispositive Motion Hearing | February 10, 2021 | March 3, 2021 |
| Pretrial Conference | March 22, 2021 at 2:30 p.m. | April 28, 2021[1] |
| Trial | May 18, 2021 | July 20, 2021 |

IT IS SO ORDERED.

Dated:  **October 21, 2020**            /s/ *Sheila K. Oberto*
                                               UNITED STATES MAGISTRATE JUDGE

---

[1] The Court has continued the pretrial conference and trial to allow adequate time for the Court to rule on the parties' dispositive motions and to permit the parties sufficient time to prepare their pretrial submissions and for trial.