CRAIG M. PETERS, NO. 184018
JEREMY CLOYD, NO. 239991
ALTAIR LAW LLP
465 California Street, Fifth Floor
Telephone: (415) 988-9828
Facsimile:  (415) 988-9815
Email: cpeters@altairlaw.us / jcloyd@altairlaw.us

ATTORNEYS FOR PLAINTIFFS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HERNANDEZ; and BECKY HERNANDEZ,<br><br>Plaintiffs,<br><br>v.<br><br>BOBST GROUP NORTH AMERICA, INC.; and DOES 1 to 50,<br><br>Defendants. | CASE NO. 1:19-cv-00882-LJO-SKO<br><br>**ORDER REOPENING DISCOVERY REGARDING DEFENDANT'S AMENDED RESPONSE TO REQUEST FOR ADMISSION 7 AND CONTINUING PRETRIAL CONFERENCE AND TRIAL**<br><br>(Doc. 55) |

On February 22, 2021 the Court granted Defendant Bobst North America, Inc.'s Motion for Leave to Amend Answer to Plaintiff's Requests for Admission and ordered the parties to meet and confer if Plaintiffs Michael and Becky Hernandez wished to conduct additional related discovery. On March 1, 2021, Bobst amended its response to Plaintiff's RFA No. 7. The parties have stipulated to a limited reopening of discovery. The Court therefore orders the following pursuant to the parties' stipulation (Doc. 55):

Discovery shall be REOPENED for the limited purpose of allowing Plaintiffs to continue the deposition of Michel Cartier pursuant to FRCP 30(b)(6) regarding the circumstances surrounding Bobst's amended response to RFA No. 7. Bobst shall produce Mr. Cartier for a continued deposition no later than **April 13, 2021**. No later than **April 9, 2021**, Bobst shall produce to Plaintiffs by email all documents Mr. Cartier considered in amending the response to RFA No. 7 including but not limited to drawings, memorandum, change orders and other design

documents, and communications with the manufacturer of the subject machine including Mr. Cartier's requests for information and any response thereto. Plaintiffs may supplement the expert report of Scott Buske to address information no later than **May 7, 2021**. If Mr. Buske supplements his report, Defendant may thereafter reopen the deposition of Mr. Buske for the limited purpose of questioning Mr. Buske regarding those changes no later than **May 28, 2021**.

To allow the parties time to complete their discovery and to prepare for trial, the Pretrial Conference and Trial are hereby CONTINUED to **July 27, 2021**, and **October 19, 2021**, respectively.

IT IS SO ORDERED.

Dated:   **March 17, 2021**                                        /s/ *Sheila K. Oberto*
                                                                                UNITED STATES MAGISTRATE JUDGE