**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION**

| | |
|---|---|
| MICHAEL HERNANDEZ and BECKY HERNANDEZ,<br><br>    Plaintiffs,<br><br>    v.<br><br>BOBST GROUP NORTH AMERICA, INC., and DOES 1 to 50,<br><br>    Defendants. | Case No. 1:19-CV-00882-NONE-SKO<br><br>ORDER SETTING SETTLEMENT CONFERENCE AND CONTINUING PRETRIAL CONFERENCE<br><br>(Doc. 70) |

On July 14, 2021, the parties filed a joint status report in response to the Court's minute order entered July 9, 2021 (Doc. 67), indicating their availability for a settlement conference. (Doc. 69.) On July 15, 2021, Defendant Bobst North America, Inc., filed a "Motion for Extension of Time to File Final Pretrial Statement and Continuance of Pretrial Conference." (Doc. 70.)

The Court has reviewed the parties' joint status report, and a Settlement Conference is hereby SET for **October 7, 2021, at 10:00 A.M. in Courtroom 7 (SKO) before Magistrate Judge Sheila K. Oberto,** as the dates proposed by the parties could not be accommodated by the Court due to the press of business.

In view of the upcoming Settlement Conference, and in the interest of litigation economy and judicial efficiency, the Court GRANTS Defendant's request and CONTINUES the Pretrial Conference, currently set for July 27, 2021, to **December 8, 2021, at 8:15 A.M. in Courtroom 4 (DAD) before District Judge Dale A. Drozd.** Pursuant to the Scheduling Order (Doc. 18 at 6) and Local Rule 281(a)(2), the parties shall file a **<u>Joint</u> Pretrial Statement** by no later than seven

(7) days before the Pretrial Conference. Plaintiffs' Pretrial Statement, (Doc. 68), is hereby stricken from the docket.

IT IS SO ORDERED.

Dated: **July 19, 2021**          /s/ *Sheila K. Oberto*
                                  UNITED STATES MAGISTRATE JUDGE